**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARIA BURKHEAD, | ) | |
| Plaintiff | ) ) ) | Case No. 19-CV-8193 |
| v. | ) ) | Hon. Martha M. Pacold |
| OFFICE OF THE CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, | ) ) ) | |
| Defendant. | ) ) | Magistrate Judge Sunil R. Harjani |

**JOINT COVID-19 STATUS REPORT**

Plaintiff, Maria Burkhead, and Defendant (collectively, the "Parties"), by and through their respective attorneys, hereby submit this Joint Status Report pursuant to the Third Amended General Order 20-0012. In support hereof, the Parties state as follows:

**A. Progress of Discovery.**

Defendant Office of the Chief Judge of the Circuit Court of Cook County answered Plaintiff's Complaint on February 14, 2020. (ECF No. 8).

This Court granted Plaintiff's Motion to Voluntarily Dismiss Cook County Adult Probation Department on March 4, 2020. (ECF No. 14).

This Court referred this case to Honorable Sunil R. Harjani to oversee discovery on March 4, 2020. (ECF No. 15).

**B. The Status of Briefing on any Unresolved Motions.**

None.

**C. Status of Settlement Discussions**

The Parties have not engaged in settlement discussions at this time.

**D. Agreed Proposed Schedule (or alternative proposals) for the next 45 days.**

Parties agree to issue Rule 26(a)(1) disclosures by June 18, 2020. *See* Section E, *supra*.

**E. Agreed Proposed Revised Discovery and Dispositive Motion Schedule (or alternative proposals).**

The Parties propose that the previous discovery schedule set forth in Judge Harjani's March 12, 2020 Order be revised as follows:

1. Parties exchange Rule 26(a)(1) disclosures by June 18, 2020;
2. Parties issue written discovery by July 17, 2020;
3. Parties issue deposition notices by September 10, 2020;
4. Fact discovery closed on December 16, 2020;

**F. Any Agreed Action that the Court can Take Without a Hearing; and**

The parties have agreed to the proposed discovery schedule outlined in Section E, *supra*.

**G. State Whether the Parties Believe a Telephonic Hearing with the Judge is Necessary and Time Urgent, and, if so, Identify the Issue that Warrants Discussion.**

The parties do not believe a telephonic hearing is necessary and time urgent, however they reserve the right to request a telephonic hearing over any issue that warrants discussion.

|  |  |  |  |
|---|---|---|---|
| By: | /s/ *Jaclyn N. Diaz* | By: | /s/ *Thomas Allen* |
|  | Jaclyn N. Diaz |  | Thomas Allen |
|  | Ed Fox & Associates, Ltd. |  | Assistant Attorney General |
|  | 300 West Adams, Suite 330 |  | 100 West Randolph Street, 13th Floor |
|  | Chicago, Illinois 60606 |  | Chicago, Illinois 60601-3397 |
|  | Telephone: (312) 345-8877 |  | Telephone: (312) 814-3889 |
|  | Email: jdiaz@efoxlaw.com |  | Email: tallen@atg.state.il.us |

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 18, 2020, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Thomas Allen